1  EDMUND G. BROWN JR., State Bar No. 37100
   Attorney General of California
2  ISMAEL A. CASTRO, State Bar No. 85452
   Supervising Deputy Attorney General
3  KARA READ-SPANGLER, State Bar No. 167532
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone: (916) 327-0356
6   Fax: (916) 324-5567
    E-mail: Kara.ReadSpangler@doj.ca.gov
7  *Attorneys for Defendants*

8  IN THE UNITED STATES DISTRICT COURT

9  FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALIFORNIA ASSOCIATION OF RURAL HEALTH CLINICS and AVENAL COMMUNITY HEALTH CENTER,**<br><br>Plaintiffs,<br><br>v.<br><br>**DAVID MAXWELL-JOLLY, Director of the California Department of Health Care Services; TOBY DOUGLAS, Chief Deputy Director for Health Care Programs of the California Department of Health Care Services; and the CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES,**<br><br>Defendants. | 2:10-CV-00759-FCD-EFB<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING AND MODIFY BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date:   August 20, 2010<br>Time:   10:00 a.m.<br>Courtroom: 2<br>Judge:  Hon. Frank C. Damrell, Jr.<br><br>Trial Date:   August 2, 2011<br>Action Filed: March 30, 2010 |

Plaintiffs California Association of Rural Health Clinics and Avenal Community Health Center and Defendants David Maxwell-Jolly, Director of the California Department of Health Care Services, Toby Douglas, Chief Deputy Director for Health Care Programs of the California Department of Health Care Services; and the California Department of Health Care Services through their attorneys of record, file this joint stipulation to continue the hearing on Plaintiffs' Motion for Summary Judgment [Dkt # 12] and modify the briefing schedule.

1

The parties stipulate to continue the hearing on Plaintiffs' Motion for Summary Judgment, currently set for August 20, 2010, to September 24, 2010. Due to the continued hearing date, the parties further stipulate that Defendants will file and serve, via the Court's electronic case filing system, any pleadings and documents in opposition to Plaintiffs' motion for summary judgment by September 7, 2010. Plaintiffs will file and serve any pleadings and documents in reply, via the Court's electronic case filing system, by September 17, 2010.

|  | **Current Date:** | **Stipulated Date:** |
|---|---|---|
| Hearing on Plaintiffs' Motion for Summary Judgment: | August 20, 2010 | September 24, 2010 |
| Defendants' last day to file opposition: | August 3, 2010 | September 7, 2010 |
| Plaintiffs' last day to file reply: | August 10, 2010 | September 17, 2010 |

Dated: July 21, 2010

EDMUND G. BROWN JR.
Attorney General of California
ISMAEL A. CASTRO
Supervising Deputy Attorney General

/s/ Kara Read-Spangler

KARA READ-SPANGLER
Deputy Attorney General
*Attorneys for Defendants*

Dated: July ___, 2010

MURPHY AUSTIN ADAMS SCHOENFELD LLP

By: ___/s/_____
    KATHRYN DOI
    ASHA K. JENNINGS
    Attorneys for Plaintiffs

**IT IS SO ORDERED.**

Dated: July 22, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE