1   EDMUND G. BROWN JR., State Bar No. 37100
    Attorney General of California
2   ISMAEL A. CASTRO, State Bar No. 85452
    Supervising Deputy Attorney General
3   KARA READ-SPANGLER, State Bar No. 167532
    Deputy Attorney General
4     1300 I Street, Suite 125
      P.O. Box 944255
5     Sacramento, CA 94244-2550
      Telephone:  (916) 327-0356
6     Fax:  (916) 324-5567
      E-mail:  Kara.ReadSpangler@doj.ca.gov
7   *Attorneys for Defendants*

8                  IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  | **CALIFORNIA ASSOCIATION OF RURAL HEALTH CLINICS and AVENAL COMMUNITY HEALTH CENTER,** | 2:10-CV-00759-FCD-EFB |
    | --- | --- |

**STIPULATION AND ORDER TO CONTINUE HEARING AND MODIFY BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

13                                    Plaintiffs,

14        v.

15

16  **DAVID MAXWELL-JOLLY, Director of the California Department of Health Care Services; TOBY DOUGLAS, Chief Deputy Director for Health Care Programs of the California Department of Health Care Services; and the CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES,**

Date:          September 24, 2010
Time:          10:00 a.m.
Courtroom:  2
Judge:        Hon. Frank C. Damrell, Jr.

Trial Date:      August 2, 2011
Action Filed:  March 30, 2010

                                    Defendants.

23        Plaintiffs California Association of Rural Health Clinics and Avenal Community Health

24  Center and Defendants David Maxwell-Jolly, Director of the California Department of Health

25  Care Services, Toby Douglas, Chief Deputy Director for Health Care Programs of the California

26  Department of Health Care Services; and the California Department of Health Care Services

27  through their attorneys of record, file this joint stipulation to continue the hearing on Plaintiffs'

28  Motion for Summary Judgment [Dkt #12] and to modify the briefing schedule.

                                    1

1    Pursuant to a previous stipulation and order [Dkt # 14], the current hearing date on

2    Plaintiffs' Motion for Summary Judgment is September 24, 2010.  The parties stipulate to

3    continue the hearing from September 24, 2010 to October 8, 2010.  Due to the continued hearing

4    date, the parties further stipulate that Defendants will file and serve, via the Court's electronic

5    case filing system, any pleadings and documents in opposition to Plaintiffs' motion for summary

6    judgment by September 22, 2010.  Plaintiffs will file and serve any pleadings and documents in

7    reply, via the Court's electronic case filing system, by October 1, 2010.

|  | Current Date: | Stipulated Date: |
|---|---|---|
| Hearing on Plaintiffs' Motion for Summary Judgment: | September 24, 2010 | October 8, 2010 |
| Defendants' last day to file opposition: | September 7, 2010 | September 22, 2010 |
| Plaintiffs' last day to file reply: | September 14, 2010 | October 1, 2010 |

Dated:  August 27, 2010

EDMUND G. BROWN JR.
Attorney General of California
ISMAEL A. CASTRO
Supervising Deputy Attorney General

/s/ Kara Read-Spangler

KARA READ-SPANGLER
Deputy Attorney General
*Attorneys for Defendants*

Dated:  August 27, 2010

MURPHY AUSTIN ADAMS SCHOENFELD LLP

By: _____/s/_____
     KATHRYN DOI
     ASHA K. JENNINGS
     Attorneys for Plaintiffs

**IT IS SO ORDERED.**

DATED:  August 30, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2