1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   CALIFORNIA ASSOCIATION OF                No. CIV. S-10-0759 FCD EFB
     RURAL HEALTH CLINICS, and
12   AVENAL
     COMMUNITY HEALTH CENTER
13
                    Plaintiffs,
14
            v.
15
     DAVID MAXWELL-JOLLY, Director of         **RELATED CASE ORDER**
16   the California Department of Health Care
     Services; TOBY DOUGLAS, Chief
17   Deputy Director for Health Care Programs
     of the California Department of Health
18   Care Services; and the CALIFORNIA
     DEPARTMENT OF HEALTH CARE
19   SERVICES,

20                  Defendants.
     _____/
21
     CALIFORNIA HOSPITAL                      No. CIV. S-10-3465 MCE KJN
22   ASSOCIATION,

23                  Plaintiff,

24          v.

25   DAVID MAXWELL-JOLLY, Director of
     the California Department of Health Care
26   Services; CALIFORNIA DEPARTMENT
     OF HEALTH CARE SERVICES,
27
                    Defendants.
28   _____/

     / / /

Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123(a) (E.D. Cal. 1997).  The actions involve the same parties, are based on the same or similar claims, the same property transaction or event, similar questions of fact and the same questions of law, and would therefore entail a substantial duplication of labor if heard by different judges.  Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are assigned to the same judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated CIV. S-10-3465 MCE KJN is reassigned to District Judge Frank C. Damrell, Jr., and Magistrate Judge Edmund F. Brennan for all further proceedings, and any dates currently set in this reassigned case only are hereby VACATED.  Henceforth, the caption on documents filed in the reassigned case shall be shown as: **CIV. S-10-3465 FCD EFB**.

IT IS FURTHER ORDERED that the Clerk of Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS FURTHER ORDER that the Clerk of Court issue an Order Requiring a Joint Status Report for the undersigned.

IT IS SO ORDERED.

DATED:  January 25, 2011

_____

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2