1  JOHN E. FISCHER, SBN 065792
   MURPHY AUSTIN ADAMS SCHOENFELD LLP
2  304 "S" Street (95811-6906)
   Post Office Box 1319
3  Sacramento, California  95812-1319
   Telephone:     (916) 446-2300
4  Facsimile:     (916) 503-4000
   Email:         jfischer@murphyaustin.com
5
   Attorneys for Plaintiffs
6  CALIFORNIA ASSOCIATION OF RURAL
   HEALTH CLINICS and AVENAL COMMUNITY
7  HEALTH CENTER

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11
   CALIFORNIA ASSOCIATION OF          Case No.  2:10-cv-00759-TLN-EFB
12 RURAL HEALTH CLINICS and
   AVENAL COMMUNITY HEALTH            **STIPULATED JUDGMENT AND ORDER**
13 CENTER,

14            Plaintiffs,
                                      **ACTION FILED:  March 30, 2010**
15 v.

16 TOBY DOUGLAS, Director of the
   California Department of Health Care
17 Services; MARI CANTWELL, Chief
   Deputy Director for Health Care Programs
18 of the California Department of Health
   Care Services; and the CALIFORNIA
19 DEPARTMENT OF HEALTH CARE
   SERVICES,
20
             Defendants.
21

22

23

24        On November 5, 2014, the Court entered an Order (ECF No. 60) granting in part and

25 denying in part Plaintiffs' Motion for Attorneys' Fees (ECF No. 51), and granting Plaintiffs'

26 motion for summary judgment. The parties have agreed that defendant California Department of

27 Health Care Services shall pay plaintiffs their costs and attorneys' fees in the total amount of

28 $325,000.00, in connection with the district court and appellate proceedings in the above-

                                    - 1 -

MURPHY AUSTIN ADAMS SCHOENFELD LLP
ATTORNEYS AT LAW

captioned matter..

Pursuant to the above-described stipulation between the parties and this Court's Order dated November 5, 2014 (ECF No. 60), it is hereby ORDERED and ADJUDGED:

1. Plaintiffs' motion for summary judgment is GRANTED because § 14131.10 impermissibly eliminates Federally Qualified Health Center and Rural Health Clinic services from coverage under the Medicaid Act;

2. Pursuant to the Ninth Circuit's ruling, Defendants, its agents, servants, employees, attorneys, successors, and all those working in concert with them, are permanently enjoined from enforcing § 14131.10 with respect to the "physicians' services" described in 42 U.S.C. §§ 1395x(aa)(1)(A) & (3)(A) and 1395x(r)(2)-(5) for which State Medicaid agencies are required to reimburse FQHCs and RHCs in the manner described in 42 U.S.C. § 1396a(bb);

3. Pursuant to the stipulation between the parties, defendant, California Department of Health Care Services, shall pay plaintiffs their attorneys' fees and costs in the total amount of $325,000.00.

4. The Court finds that no just reason exists for delay in entering this Stipulated Judgment and Order. Accordingly, the Clerk is hereby directed to immediately enter this Stipulated Judgment and Order.

7. This Stipulated Judgment and Order is binding against Defendants, their successors in office, and their respective officers, agents and employees, and all others acting in concert with them.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

**SIGNATURES OF THE PARTIES**

Dated: April ___, 2015

CALIFORNIA ASSOCIATION OF RURAL HEALTH CLINICS

By:/s/ _____
GAIL NICKERSON, PRESIDENT

Dated: April ___, 2015

AVENAL COMMUNITY HEALTH CENTER

By:/s/ _____
JOHN BLAINE, CHIEF EXECUTIVE OFFICER

Dated: April ___, 2015

CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES

By:/s/ _____
JENNIFER KENT, DIRECTOR

Dated: April ___, 2015

By:/s/ _____
MARI CANTWELL, CHIEF DEPUTY DIRECTOR, CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES

MURPHY AUSTIN ADAMS SCHOENFELD LLP
ATTORNEYS AT LAW

**SIGNATURES OF ATTORNEYS**

Dated: April ___, 2015                    MURPHY AUSTIN ADAMS SCHOENFELD LLP


By:/s/_____
    JOHN E. FISCHER
    Attorneys for Petitioners
    CALIFORNIA ASSOCIATION OF RURAL
    HEALTH CLINICS and AVENAL
    COMMUNITY HEALTH CENTER


Dated: April ___, 2015                    KAMALA D. HARRIS
                                          ATTORNEY GENERAL OF CALIFORNIA


By:/s/_____
    SUSAN M. CARSON, SUPERVISING
    DEPUTY ATTORNEY GENERAL
    Attorneys for Defendants
    CALIFORNIA DEPARTMENT OF HEALTH
    CARE SERVICES, JENNIFER KENT, and
    MARI CANTWELL

**JUDGMENT AND ORDER**

IT IS SO ADJUDGED AND ORDERED.

Dated:  April 23, 2015

Troy L. Nunley
United States District Judge

MURPHY AUSTIN ADAMS SCHOENFELD LLP
ATTORNEYS AT LAW

- 5 -